IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DAVID WOODRUFF,

    Petitioner,

v.                                        CASE NO. 1:05-cv-00130-MP-AK

UNITED STATES OF AMERICA,

    Defendant.

_____/

### O R D E R

This matter is before the Court on Doc. 7, Report and Recommendations of the Magistrate Judge, recommending that the petition for writ of habeas corpus be denied, and this cause be dismissed with prejudice. Objections to Report and Recommendation were due by 9/12/2005, but none were filed. Petitioner is housed in Wyoming and was convicted in Wyoming and so this Court lacks jurisdiction. The Court agrees with the Magistrate Judge that although transfer is the typical remedy, petitioner's conduct in this case makes outright dismissal appropriate. It is clear that Petitioner not only has previously sought and been denied habeas relief in the appropriate district court, but also has filed numerous petitions for writs of habeas corpus across the United States despite no apparent basis for jurisdiction. Accordingly it is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2. This action is DISMISSED, and the clerk is directed to close the file.

**DONE AND ORDERED** this  *22nd*  day of September, 2005

                                      *s/Maurice M. Paul*
                              Maurice M. Paul, Senior District Judge